Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000004
16-MAR-2020
09:14 AM

NO. CAAP-20-0000004

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

L. BRENT KAUFMAN and DEBORAH B. KAUFMAN, Trustees or
    their successors in trust under the L. BRENT
    KAUFMAN LIVING TRUST dated March 19, 1998, and any
    amendments thereto, with full powers to sell,
    mortgage, lease or otherwise deal with the land;
    DEBORAH B. KAUFMAN and L. BRENT KAUFMAN, Trustees,
    or their successors in Trust under the DEBORAH B.
    KAUFMAN LIVING TRUST dated March 24, 1998, and any
    amendments thereto, with full powers to sell,
    mortgage, lease or otherwise deal with the land,
    Plaintiffs-Appellees, v. ASSOCIATION OF APARTMENT
    OWNERS OF THE GOLF VILLAS AT MAUNA LANI RESORT,
    INC., a Hawaii non-profit corporation,
    Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 17-1-245K)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Chan, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal With Prejudice (Stipulation), filed March 11, 2020, by
Defendant-Appellant Association of Apartment Owners of The Golf
Villas at Mauna Lani Resort, Inc., the papers in support, and the
record, it appears that (1) the appeal has been docketed; (2) the
parties stipulate to dismiss the appeal with prejudice and bear
their own attorneys' fees and costs; (3) the Stipulation is dated
and signed by counsel for all parties appearing in the appeal;

and (4) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, March 16, 2020.

Presiding Judge

Associate Judge

Associate Judge